## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| **REGENIA BAINES,** | ) Case No.: |
| Plaintiff. | ) 2:20-cv-00917-SPL |
| v. | ) |
| **WELLS FARGO BANK NA.** | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: December 9, 2020      By: */s/ Amy L. B. Ginsburg*
                                                              Amy L. B. Ginsburg, Esquire
                                                              Kimmel & Silverman, P.C.
                                                              30 E. Butler Pike
                                                              Ambler, PA 19002
                                                              Phone: (215) 540-8888
                                                              Fax: (877) 788-2864
                                                              Email: aginsburg@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Patrick Jeffrey Kane
Troutman Sanders LLP - San Diego, CA
11682 El Camino Real, Ste. 400
San Diego, CA 92130
858-509-6000
Fax: 858-509-6040
Email: Patrick.Kane@troutman.com
Attorney for Defendant

Dated: December 9, 2020                By: */s/ Amy L. B. Ginsburg*
                                                           Amy L. B. Ginsburg, Esquire
                                                           Kimmel & Silverman, P.C.
                                                           30 E. Butler Pike
                                                           Ambler, PA 19002
                                                           Phone: (215) 540-8888
                                                           Fax: (877) 788-2864
                                                           Email: aginsburg@creditlaw.com