# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Regenia Baines,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Wells Fargo Bank NA,<br><br>　　　　　Defendant. | No. CV-20-00917-PHX-SPL<br><br>**ORDER** |

The Court has been advised that the parties have reached a settlement in this case (Doc. 18). Accordingly,

**IT IS ORDERED** that this case will be dismissed *with prejudice* on **February 5, 2021** unless a stipulation to dismiss is filed prior to the dismissal date.

Dated this 11th day of December, 2020.

　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　United States District Judge